No. 09–11485. NOGBOU *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. 

No. 09–11496. CALDWELL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. 

No. 09–11543. JACOB ET AL. *v.* HOUSTON, DIRECTOR, NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. Ct. App. Neb. Motion of petitioner Daniel T. Meis for leave to proceed *in forma pauperis* denied. Petitioner Meis is allowed until October 25, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. Certiorari as to petitioner Steven M. Jacob denied.

No. 10–16. AGOSTIN, AKA VOLAJ *v.* HOLDER, ATTORNEY GENERAL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. ██

No. 10–20. NORWOOD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. 

No. 10–21. MCKENNA *v.* NESTLE PURINA PETCARE CO. C. A. 6th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 10–70. FINNAN *v.* RYAN ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. 

No. 10–80. WEISS *v.* ASSICURAZIONI GENERALI, S. P. A., ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR and JUSTICE KAGAN took no part in the consideration or decision of this petition. 

No. 10–127. BAHRAMI *v.* KETABCHI. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. 

No. 10–141. HASSAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari before judgment denied.